FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 SEP 15  PM 1:53

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEANNINE CRUZ** | * | **CIVIL ACTION** 09-6304 |
| | * | |
| **versus** | * | **NO.** |
| | * | **SECT. F MAG. 2** |
| **CITY OF HAMMOND** | * | **SECTION "    "** |
| | * | |
| | * | **MAGISTRATE DIVISION "    "** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT

The Complaint of Jeannine Cruz, a person of the full age of majority and a resident of the

Parish of Tangipahoa, State of Louisiana with respect represents:

1.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, federal

question, and 28 USC §1367, affording supplemental jurisdiction over Complainant's state law

claims.

2.

Venue is properly laid in this District pursuant to 28 U.S.C. § 1391.

3.

Defendant, the City of Hammond, is a body politic organized pursuant to a home rule

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

charter, as authorized by Article VI, Section 4 of the Louisiana Constitution.

4.

The City of Hammond operates the Hammond Police Department.

5.

Complainant, Jeannine Cruz, was employed by the City of Hammond through the Hammond Police Department with the classification of Police Officer.

6.

Complainant was wrongfully terminated from the Hammond Police Department by letter dated September 15, 2008 with official notice received on September 16, 2006 for alleged violations of its departmental rules and regulations.

7.

Complainant filed a timely appeal of her termination with the Hammond Fire and Police Civil Service Board ("Board") pursuant to La. R.S. 33:2501.

8.

On April 1, 2009, July 15, 2009 and August 26, 2009 a public hearing of the appeal was held at the Hammond City Hall.

9.

At the conclusion of the Board's hearing on August 26, 2009, the Board upheld the termination of Jeannine Cruz by the Hammond Police Department based on "Violation of

2

General Order 107, Section XIII, General Order 141, Section 4, Subsection B: 123, General Order 149, Honoring Subpoenas".

10.

Pursuant to La. R.S. 33:2501(E), Complainant appealed the decision rendered by the Board on August 26, 2009. Complainant specifically alleged that the decision was not made in good faith and for just cause.

11.

Pursuant to La. R.S. 33:2501(E), Complainant timely filed a Notice of Appeal with the Board and filed a Petition for Appeal with the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana.

12.

Complainant, Jeannine Cruz, assigned as error the following, among others:

1.  The decision of the Board was not made in good faith and for just cause as the City of Hammond and the Hammond Police Department failed to comply with the provisions of La. R.S. 40:2531(B)(3) of the Police Officers' Bill of Rights and, accordingly, pursuant to La. R.S. 40:2531(C), any discipline resulting from either of the alleged violations at issue in this appeal is an absolute nullity and this Board was mandated by law to overturn the discipline herein.

3

2.      The decision of the Board was not made in good faith and for just cause as the City of Hammond and the Hammond Police Department failed to comply with the provisions of La. R.S. 40:2531(B)(6) of the Police Officers' Bill of Rights and, accordingly, pursuant to La. R.S. 40:2531(C), any discipline resulting from either of the alleged violations at issue in this appeal is an absolute nullity and this Board was mandated by law to overturn the discipline herein.

3.      The decision of the Board was not made in good faith and for just cause as it erroneously found that Jeannine Cruz violated the provisions of the General Order 107, Section XIII.

4.      The decision of the Board was not made in good faith and for just cause as it erroneously found that Jeannine Cruz violated the provisions of the General Order 141, Section 4, Subsection B:123.

5.      The decision of the Board was not made in good faith and for just cause as it erroneously found that Jeannine Cruz violated the provisions of the General Order 149.

6.      If discipline was in fact warranted, the decision of the Board affirming the termination of Jeannine Cruz was not made in good faith and for just cause as the discipline imposed upon her for the alleged violations herein was far

4

in excess of and inconsistent with discipline imposed on other officers, if any, for similar violations.

7. The decision of the Board was not made in good faith and for just cause as the appointing authority failed to prove that Jeannine Cruz did not use her mobile video recorder.

8. The decision of the Board was not made in good faith and for just cause as the appointing authority failed to prove that the alleged violations impaired the efficient operation of the public service.

9. The decision of the Board was not made in good faith and for just cause as the Board improperly used previous disciplinary actions to enhance the penalties imposed herein.

10. Such other and further errors as may be shown in the appeal herein.

13.

Complainant, Jeannine Cruz, further represents that the actual reason for her termination was retaliation for filing a claim with the Equal Employment Opportunity Commission claiming religious and gender based discrimination.

14.

The actions of Defendant in terminating Jeannine Cruz were extreme, outrageous, sudden and unexpected and caused Complainant extreme emotional distress constituting the tort of

intentional infliction of emotional distress, for which Complainant specifically sues for herein.

15.

Complainant, Jeannine Cruz, contends that she was wrongfully terminated in violation of the United States and Louisiana Constitutions and Federal and Louisiana law, all as will be shown at the trial of this cause.

16.

At all times pertinent, Defendant was a "person acting under color of state law" within the meaning and intent of 42 USC §1983.  The actions of Defendant served to impair and interfere with Petitioner's clearly established rights in violation of 42 USC §1983.

17.

The actions of Defendant deprived Complainant of her clearly established right to due process and equal protection of the laws, guaranteed to her pursuant to the Fourteenth Amendment to the United States Constitution.

18.

Complainant is entitled to and desires an award of attorneys' fees and costs pursuant to the applicable provisions of Federal and Louisiana law.

19.

Complainant is entitled to and desires an award of compensatory damages in her favor and against Defendant pursuant to Federal and Louisiana law.  Complainant is entitled to and

desires an award of punitive damages for Defendant's wanton and reckless disregard for

Petitioner's clearly established rights.

20.

As a result of the actions of Defendant, Complainant sustained damages which include,

but are not limited to, severe emotional distress, mental anguish, depression, past and future

medical expenses, lost employment opportunities and other damages as will be more fully shown

at the trial of this cause.

21.

Complainant is entitled to and desires an award of equitable and/or injunctive relief.

22.

Complainant is entitled to and desires trial by jury of this matter.

**WHEREFORE**, Complainant, Jeannine Cruz, prays for trial by jury of this matter and

that after due proceedings are had that there be judgment in her favor against Defendant, the City

of Hammond, commanding the City of Hammond to return Appellant to her employment with

the Hammond Police Department and to provide her with all back wages, benefits and

emoluments of employment retroactive to the date of her dismissal; for all sums as are reasonable

under the premises and for punitive damages as are allowed by law, together with legal interest

thereon from the date of judicial demand until paid; for reasonable attorneys' fees and all costs

and expenses of this matter; and, for such other and further relief as may be equitable and just

and this Court competent to grant.

Respectfully submitted:

**CLAUDE A. SCHLESINGER, No. 15042**
**C. THEODORE ALPAUGH, III, No. 02430**
GUSTE, BARNETT, SCHLESINGER, HENDERSON &
ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326

**Attorneys for Complainant,**
**JEANNINE CRUZ**

<u>**PLEASE SERVE:**</u>

**THE CITY OF HAMMOND AND THE**
**HAMMOND POLICE DEPARTMENT**
Through is Mayor:
Mayson Foster
City of Hammond
303 E. Thomas St.
Hammond Louisiana 70404

S:\CTA CORP CLIENTS\FOP.Cruz.7598\CMP.damages.CTA.091509.wpd

8