# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEANNINE CRUZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6304** |
| **CITY OF HAMMOND** | **SECTION "F"**<br>**JUDGE FELDMAN** |
| | **MAG. DIV. (2)**<br>**JUDGE WILKINSON** |

## JOINT MOTION TO STAY PROCEEDINGS

NOW INTO COURT, through undersigned counsel, come Plaintiff, Jeannine Cruz ("Plaintiff"), and Defendant, City of Hammond ("Defendant"), who jointly move this Honorable Court to stay these proceedings pending resolution of the following related lawsuit by Plaintiff, currently pending before the Louisiana 21st Judicial District Court for the Parish of Tangipahoa, Division "E": *Jeannine Cruz v. City of Hammond et al.*, No. 2009-3258.  In further support of this joint motion, the parties submit the following:

1.

Jeannine Cruz is the Plaintiff against the City of Hammond, Defendant, in a lawsuit, Case No. 2009-3258, currently pending before the Louisiana 21st Judicial District Court for the Parish of Tangipahoa, Division "E" (hereinafter "21st Judicial District Court").  This state court lawsuit, Case No. 2009-3258, is an appeal of the denial of Plaintiff's appeal to the Hammond Fire and Police Civil Service Board regarding her termination by the Hammond Police Department based

on "Violation of General Order 107, Section XIII, General Order 141, Section 4, Subsection B: 123, General Order 149, Honoring Subpoenas."

2.

The proceedings before this Court arise from the same set of facts and involve the same allegations by Plaintiff of wrongful termination from the Hammond Police Department as those involved in the state court lawsuit, Case No. 2009-3258, before the 21st Judicial District Court, Division "E."  Accordingly, resolution of Case No. 2009-3258 currently before the 21st Judicial District Court, Division "E," could be dispositive to certain issues raised in these proceedings.

3.

Undersigned counsel have had ongoing communications with each other concerning a stay of these proceedings pending resolution of Plaintiff's lawsuit, Case No. 2009-3259, before the 21st Judicial District Court, Division "E."

4.

Counsel for both parties in these proceedings concur that in the interest of judicial economy, a stay of the proceedings before this Court will enable the conservation of this Court's judicial resources, as well as minimize the time and expenses of both parties.  Accordingly, counsel for both parties have concurred to the filing of this Joint Motion to Stay.

5.

Based on the foregoing, Plaintiff, Jeannine Cruz, and Defendant, City of Hammond, respectfully move this Honorable Court to stay this proceeding until Plaintiff's state court lawsuit, Case No. 2009-3258, relative to her ongoing appeal of her termination by the Hammond Police Department and denial of such appeal by the Hammond Fire and Police Civil Service Board, pending before the 21st Judicial District Court, Division "E," is fully resolved.

PD.3938957.1

WHEREFORE, Plaintiff, Jeannine Cruz, and Defendant, City of Hammond, hereby move this Court to grant their Joint Motion and Order to Stay Proceedings.

Respectfully submitted,

**GUSTE, BARNETT, SCHLESINGER,
HENDERSON & ALPAUGH, L.L.P.**

BY:    *C. Theodore Alpaugh, III*
           CLAUDE A. SCHLESINGER, No. 15042
           C. THEODORE ALPAUGH, III, No. 02430
           639 Loyola Avenue, Suite 2500
           New Orleans, Louisiana 70113
           Telephone: (504) 529-4141
           Facsimile: (504) 561-0326

**ATTORNEYS FOR PLAINTIFF,
JEANNINE CRUZ**

**AND**

**PHELPS DUNBAR LLP**

BY:    */s/ M. Nan Alessandra*
           M. NAN ALESSANDRA, T.A. (#16783)
           TOBI M. MURPHY (#31894)
           Canal Place
           365 Canal Street • Suite 2000
           New Orleans, Louisiana 70130-6534
           Telephone: (504) 566-1311
           Telecopier: (504) 568-9130

           **and**

           Andre G. Coudrain (#1789)
           Brooke E. Burrescia (#31077)
           CASHE COUDRAIN & SANDAGE
           P. O. Drawer 1509
           106 South Magnolia St. (70403)
           Hammond, LA  70404
           Telephone:  (985) 542-6848
           Telecopier:  (985) 542-9602

**ATTORNEYS FOR DEFENDANT, CITY OF
HAMMOND**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day March, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____ /s/ M. Nan Alessandra_____

4