UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEANNINE CRUZ** | **CIVIL ACTION NO. 13-5220** |
| | **C/W 09-6304** |
| **VERSUS** | |
| | **SECTION "F"** |
| **CITY OF HAMMOND** | **JUDGE FELDMAN** |
| | |
| | **MAG. DIV. (2)** |
| | **MAGISTRATE JUDGE WILKINSON** |

### EX PARTE MOTION TO FILE DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY AND REPORT OF DR. TOM TERRELL UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Defendant, City of Hammond, who pursuant to Local Rule 5.6 respectfully urges this Court to file the attached Motion to Exclude Expert Testimony and Report of Dr. Tom Terrell, including the Memorandum in Support and attached exhibits ("Defendant's Motion"), under seal for the following reasons:

1.

Defendant's Motion contains confidential, private health and medical information regarding Plaintiff Jeannine Cruz and her proposed expert in this matter, Dr. Tom Terrell.

2.

Filing Defendant's Motion under seal is necessary due to federal and state laws which prohibit the dissemination of confidential, private health information to the public.

3.

The confidential, private health and medical information contained in Defendant's Motion is essential to the Court's consideration and determination of Defendant's Motion.

PD.16705389.1

4.

Defendant's Motion will be filed with the Court in accordance with Local Rule 5.6, governing motions to file documents under seal. In addition, copies of the pleadings and exhibits will be simultaneously forwarded to Plaintiff's counsel today with the filing of this Motion.

Accordingly, for the foregoing reasons, Defendant respectfully requests that its Motion to File Defendant's Motion to Exclude Expert Testimony and Report of Dr. Tom Terrell Under Seal be granted.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Kim M. Boyle*
     M. NAN ALESSANDRA (#16783)
     KIM M. BOYLE (#18133)
     BRANDON E. DAVIS (#29823)
     ALEXIS A. BUTLER (#32376)
     365 Canal Street • Suite 2000
     New Orleans, Louisiana 70130-6534
     Telephone: (504) 566-1311
     Telecopier: (504) 568-9130
     Email: nan.alessandra@phelps.com
           kim.boyle@phelps.com
           brandon.davis@phelps.com
           lexy.butler@phelps.com

**AND**

**CASHE COUDRAIN & SANDAGE**

     ANDRE G. COUDRAIN (#1789)
     106 South Magnolia St. (70403)
     P. O. Drawer 1509
     Hammond, LA  70404
     Telephone: (985) 542-6848
     Facsimile: (985) 542-9602
     Email: agc@ccsattorneys.com

**ATTORNEYS FOR DEFENDANT, CITY OF HAMMOND**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of March, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this proceeding.

                              */s/ Kim M. Boyle*