UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEANNINE CRUZ** | **CIVIL ACTION NO. 13-5220** |
| | **C/W 09-6304** |
| **VERSUS** | |
| | **SECTION "F"** |
| **CITY OF HAMMOND** | **JUDGE FELDMAN** |
| | |
| | **MAG. DIV. (2)** |
| | **MAGISTRATE JUDGE WILKINSON** |

### ORDER

Considering the foregoing Ex Parte Motion to File Defendant's Motion to Exclude Expert Testimony and Report of Dr. Tom Terrell Under Seal filed by Defendant, City of Hammond; accordingly,

IT IS HEREBY ORDERED that Defendant's Ex Parte Motion to File Defendant's Motion to Exclude Expert Testimony and Report of Dr. Tom Terrell Under Seal be, and the same is hereby GRANTED, and that Defendant, City of Hammond, is hereby allowed to file its Motion to Exclude Expert Testimony and Report of Dr. Tom Terrell under Court seal. *

New Orleans, Louisiana, this  4th  day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

```
IT IS FURTHER ORDERED: that a copy of the
defendant's sealed motion to exclude expert must
be sent to opposing counsel.
```

PD.16705583.1